**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **FUNIMATION ENTERTAINMENT,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Case No. 11-cv-147-F |
| | § | |
| **DOES 1 THOUGH 1,337,** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

NOTICE IS HEREBY GIVEN that John T. Cox III and Elizabeth Y. McElroy of the law firm Lynn Tillotson Pinker & Cox, LLP, 2100 Ross Avenue, Suite 2700, Dallas, Texas 75201, Telephone: 214-981-3800, Facsimile: 214-981-3839, hereby appear as counsel for Non-Party Time Warner Cable Inc. in the above-numbered and styled case. John T. Cox III is the lead attorney for Non-Party Time Warner Cable Inc. John T. Cox III and Elizabeth Y. McElroy respectfully request that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned at the office, postal address, electronic mail addresses, and facsimile numbers listed below.

| | |
|---|---|
| February 28, 2011 | Respectfully submitted, |

                                              */s/ John T. Cox III*
                                              John T. Cox III
                                              Texas Bar No. 24003722
                                              tcox@lynnllp.com
                                              Elizabeth Y. McElroy
                                              Texas Bar No. 24067758
                                              emcelroy@lynnllp.com
                                              **LYNN TILLOTSON PINKER & COX, LLP**
                                              2100 Ross Avenue, Suite 2700
                                              Dallas, Texas  75201
                                              (214) 981-3800 Telephone
                                              (214) 981-3839 Facsimile

                                              **ATTORNEYS FOR NON-PARTY**
                                              **TIME WARNER CABLE INC.**

## **CERTIFICATE OF SERVICE**

      I certify that I served true and correct copies of the foregoing document was served upon the following party via ECF notification on February 28, 2011:

Mr. Evan F. Stone
Law Offices of Evan Stone
624 West University Drive
Suite 386
Denton, Texas 76201
469-248-5238


                                              */s/ John T. Cox III*
                                              John T. Cox III