# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **FUNIMATION ENTERTAINMENT,** § § | |
| **Plaintiff,** § § | |
| v. § § | **Case No. 11-cv-147-F** |
| **DOES 1 THOUGH 1,337,** § § | |
| **Defendants.** § | |

## NON-PARTY TIME WARNER CABLE INC.'S DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, non-party Time Warner Cable Inc. states that it is a publicly held corporation. No publicly held corporation owns 10% or more of Time Warner Cable Inc.'s stock.

February 28, 2011                                    Respectfully submitted,

                                                      */s/ John T. Cox III*
                                                    John T. Cox III
                                                    Texas Bar No. 24003722
                                                    Elizabeth Y. McElroy
                                                    Texas Bar No. 24067758
                                                    **LYNN TILLOTSON PINKER & COX, LLP**
                                                    2100 Ross Avenue, Suite 2700
                                                    Dallas, Texas  75201
                                                    (214) 981-3800 Telephone
                                                    (214) 981-3839 Facsimile

                                                    **ATTORNEYS FOR NON-PARTY**
                                                    **TIME WARNER CABLE INC.**

## **CERTIFICATE OF SERVICE**

I certify that I served true and correct copies of the foregoing document was served upon the following party via ECF notification on February 28, 2011:

Mr. Evan F. Stone
Law Offices of Evan Stone
624 West University Drive
Suite 386
Denton, Texas 76201
469-248-5238

    */s/ John T. Cox III*
John T. Cox III