# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **FUNIMATION ENTERTAINMENT,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Case No. 11-cv-147-F |
| **DOES 1 THOUGH 1,337,** | § § § | |
| **Defendants.** | § | |

## ORDER ON NON-PARTY TIME WARNER CABLE INC.'S MOTION FOR CLARIFICATION

Before the Court is Non-Party Time Warner Cable Inc.'s Motion for Clarification. The Court finds that the motion is of merit and hereby **grants** Non-Party Time Warner Cable Inc.'s Motion for Clarification and Motion for a Protective Order.

**It is so ordered** this _____ day of _____, 2011.

_____
Royal Furgeson
United States Senior District Judge